UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH REAGAN CARTER-MADDOX,<br><br>Plaintiff,<br><br>v.<br><br>CONCORD POLICE DEPARTMENT,<br><br>Defendant. | No.  2:25-cv-03016-TLN-SCR<br><br><br>FINDINGS AND RECOMMENDATIONS |

      Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Plaintiff has filed a request for leave to proceed in forma pauperis ("IFP") that is incomplete.  On November 5, 2025, the Court denied the motion for IFP and directed Plaintiff to file a renewed motion for IFP or to pay the filing fee within 21 days.  ECF No. 3.  More than 21 days have passed and Plaintiff has not complied with the Court's order.  The Court's order stated: "If Plaintiff does not file a renewed motion for IFP or pay the filing fee within 21 days, the Court will recommend that this action be dismissed." *Id.* at 3.  Accordingly, the Court recommends that this action be dismissed without prejudice.

      As the Ninth Circuit has recognized "one need not be absolutely destitute to obtain benefits" of the IFP statute. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).  However, "a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.*  Plaintiff has provided insufficient information in support of his motion and has not complied with the Court's order to supplement the motion.  Plaintiff has also not paid the filing fee.  Plaintiff's action thus may not proceed. See *Rodriguez v. Cook*, 169 F.3d 1176, 1177

1

(9th Cir. 1999) ("An action may proceed despite failure to pay the filing fees only if the party is granted IFP status."). Accordingly, **IT IS HEREBY RECOMMENDED** that:

    1. This action be dismissed without prejudice; and

    2. The Clerk be directed to enter Judgment and close this case.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, either party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 5, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE